14310

CITY OF SPARTANBURG v. LEONARD

(186 S. E., 395)

March,  1936.

494

498

*Messrs. Hamer & Leonard,* for appellant,

*Messrs. Evans, Galbraith & Holcombe,* for respondent,

June 10, 1936.

The opinion of the Court was delivered by MR. CHIEF JUSTICE STABLER.

We have given careful consideration to the questions presented by the appeal in this case, and are satisfied with the conclusions reached and expressed by the Circuit Judge. His well-considered decree, therefore, which will be reported, is affirmed and adopted as the judgment of this Court.

MESSRS. JUSTICES CARTER, BONHAM, BAKER and FISHBURNE concur.